1  MICHAEL G. RANKIN
   City Attorney
2  Michael W.L. McCrory
   Principal Assistant City Attorney
3  P.O. Box 27210
   Tucson, AZ 85726-7210
4  Telephone: (520) 791-4221
   State Bar 3899
   PCC No. 37268
5  Attorneys for City of Tucson

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| MARTIN H. ESCOBAR,<br><br>    Plaintiff,<br><br>vs.<br><br>JAN BREWER, Governor of the State of Arizona, in her Official and Individual Capacity; THE CITY OF TUCSON, a municipal corporation,<br><br>    Defendants.<br>_____<br>THE CITY OF TUCSON, a municipal corporation,<br><br>    Cross-plaintiff,<br><br>vs.<br><br>THE STATE OF ARIZONA, a body politic; and JAN BREWER, in her capacity as Governor of the State of Arizona,<br><br>    Cross-defendants. | No. CV 10-249 TUC SRB<br><br>**JOINT MOTION PROPOSING BRIEFING SCHEDULE ON CITY OF TUCSON'S CROSS-CLAIM** |

{A0029078.DOC/}                 1

Defendant/Cross-plaintiff City of Tucson ("Tucson") and Defendant/Cross-defendant Governor Jan Brewer ("Governor Brewer") and Cross-defendant The State of Arizona, collectively the "Parties," have conferred regarding the status of Tucson's cross-claim. Tucson has lodged a motion for preliminary injunction to enjoin enforcement of SB 1070 prior to its effective date of July 29, 2010. Governor Brewer will be filing a motion for judgment on the pleadings seeking dismissal of the cross-complaint by July 2, 2010.

It is the Parties' intent that both motions be heard with sufficient time for the Court to schedule oral argument, if it deems argument appropriate, and consider these motions prior to the effective date of SB 1070 on July 29, 2010. The Parties therefore have agreed to propose the following schedule to the Court.

- The response to Tucson's motion for preliminary injunction and to Governor Brewer's motion for judgment on the pleadings shall be filed no later than July 13, 2010.
- The reply from each of the Parties in support of these motions shall be filed no later than July 20, 2010.

. . .

. . .

. . .

The Parties therefore request that the Court grant an order setting the above schedule and submit a proposed order with this joint motion.[1]

Respectfully submitted this 2nd day of July, 2010.

| SNELL & WILMER, LLP | MICHAEL G. RANKIN<br>City Attorney |
|---|---|
| By: /s/ Joseph G. Adams<br>    Joseph G. Adams<br>    Attorneys for Governor Brewer<br>    and the State of Arizona | By: /s/ Michael W.L. McCrory<br>    Michael W.L. McCrory<br>    Principal Assistant City Attorney |

Copies of the foregoing electronically transmitted via the USDC Clerk of Court using the CM/ECF System for filing and transmittal this 2nd day of July, 2010, to:

Richard M. Martinez
307 South Convent Avenue
Tucson, Arizona   85701

Stephen Montoya
Augustine B. Jimenez
Montoya Jimenez, PA
3200 N Central Avenue, #2550
Phoenix, AZ   85012
Co-counsel for Plaintiff

John J. Bouma
Robert A. Henry
Joseph G. Adams
Snell & Wilmer, LLP
One Arizona Center
400 E. Van Buren
Phoenix, AZ   85004-2202

---

[1]  The Plaintiff and the proposed Intervenors have informed Tucson's counsel that they have no objection to the Court setting the proposed schedule for briefing on Tucson's cross-claim.

| | |
|---|---|
| 1 | Joseph A. Kanefield |
|   | General Counsel |
| 2 | Office of the Governor |
|   | 1700 W. Washington |
| 3 | Phoenix, AZ   85007 |
| 4 | Co-counsel for Defendant/Cross- |
|   |    Defendant Jan Brewer & State of Arizona |
| 5 | |
| 6 | Gary Verberg, City Attorney |
|   | Elaine K. Cardwell, Chief Counsel |
| 7 | Office of the City Attorney |
|   | City of Phoenix |
| 8 | 200 W. Washington |
| 9 | Phoenix, AZ   85003-1611 |
|   | Attorneys for the City of Phoenix |
| 10 | |
| 11 | Noel Fidel |
|    | Mariscal, Weeks, McIntyre |
| 12 |    & Friedlander, PA |
|    | 2901 N Central Ave., Suite 200 |
| 13 | Phoenix, AZ   85012 |
| 14 | |
|    | José de Jesús Rivera |
| 15 | Robert E. Pastor |
|    | Nathan J. Fidel |
| 16 | Haralson, Miller, Pitt, Feldman |
| 17 |    & McAnally, PLC |
|    | 2800 N. Central Ave., Suite 840 |
| 18 | Phoenix, AZ   85006 |
| 19 | |
|    | Stanley G. Feldman |
| 20 | Rebecca Reed |
| 21 | Jeffrey A. Imig |
|    | Haralson, Miller, Pitt, Feldman |
| 22 |    & McAnally, PLC |
|    | 1 S. Church Ave., Suite 900 |
| 23 | Tucson, AZ   85701 |
| 24 | |
|    | David L. Abney |
| 25 | Law Office of David Abney |
|    | 414 E. Southern Ave. |
| 26 | Mesa, AZ   85204 |
| 27 | |
|    | */s/  Michelle Gensman* |